**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :      CHAPTER 13
                                          :
SHAWN LEWIS HOLLOWAY                       :
                    Debtor                :      Case No. 20-12650 AMC

## P R A E C I P E

Allen B. Dubroff, Esq. & Associates, LLC files this Praecipe on behalf of the above-captioned Debtor and requests that this Chapter 13 case be voluntarily Dismissed.  Debtor is unable to file a confirmable Chapter 13 Plan.

Respectfully submitted,
Allen B. Dubroff, Esq. & Assocs., LLC

BY: _____
ALLEN B. DUBROFF, ESQ.
ID. No. 04686
1500 JFK Blvd. – Suite 2010
Philadelphia, PA 19102
Ph: 215-568-2700
Fax: 215-689-3777
Attorneys for Debtor

Dated: _____4/26/22_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13

:

SHAWN LEWIS HOLLOWAY :
              Debtor : Case No. 20-12650 AMC

## **CERTIFICATE OF SERVICE**

Allen B. Dubroff, Esq. certifies that he has served the Praecipe to Voluntarily Dismiss this Chapter 13 case by ECF filing and email as follows:

Rebecca K. McDowell, Esq.
**rmcdowell@slgcollect.com**

Ann Swartz, Esq.
Office of the Chapter 13 Trustee
**aswartz@readingch13.com**